IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VICKIE NOLEN**     **PLAINTIFF**

V.     CASE NO. 3:21-CV-72-DPM-BD

**ANDREW SAUL, Commissioner,**
Social Security Administration     **DEFENDANT**

## ORDER

Plaintiff Vickie Nolen's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is GRANTED. Ms. Nolen's counsel is directed to prepare a summons, to be issued by the Clerk of Court, and to serve the complaint upon the Defendant.

IT IS SO ORDERED, this 16th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE